## THE STATE OF INDIANA *v.* ROSS, JUDGE.

[No. 7,282.　Filed June 11, 1909.]

CONTEMPT.—*Petition.—Disobedience to Mandate of Court.—Judges.* —A petition to have the judge of an inferior court cited for contempt of the Appellate Court, because of the violation of its mandate, must show that such judge disobeyed such mandate.

Original petition by The State of Indiana against Frank B. Ross. *Petition denied.*

*E. M. Hornaday,* for petitioner.

PER CURIAM.—This action was brought to have the judge of the Probate Court of Marion County cited for contempt, in failing to obey a mandate of this court entered in the cause of *Cooper* v. *Cooper* (1909), 43 Ind. App. 620. The petition does not show that said judge in any particular has failed to obey said mandate. The prayer should therefore be denied.

Citation denied, and cause dismissed at the cost of petitioner, William Cooper.